FILED

08 AUG 18 PM 1:33

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: **'08 MJ 2554**

The person charged as **LONG, Allen** now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the **Southern** District of **Texas** on **05/14/2008** with: **21 USC 846** in violation of:

**Count 1: Conspiracy to possess with intent to distribute a quantity of 100 kilograms of Marijuana**

The charging documents and the warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: **08/18/2008**

_____
Steve Chaco
Deputy United States Marshal

Reviewed and Approved

DATE: 8/18/08

_____
Assistant United States Attorney

DOA 08/15/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 3 2008

Michael N. Milby, Clerk
Laredo Division

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| V. | § | CRIMINAL NO. |
| | § | |
| ALLEN LONG | § | L-08-688 |
| RICARDO JUAREZ | § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

From on or about December 1, 2005, and continuing until on or about March 28, 2006, in the Southern District of Texas, and elsewhere within the jurisdiction of the Court, **Defendants**,

**ALLEN LONG and
RICARDO JUAREZ,**

did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors to possess with intent to distribute a controlled substance. This offense involved a quantity in excess of 100 kilograms of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(B).

A TRUE BILL:

_____
FOREMAN OF THE GRAND JURY

DONALD J. DeGABRIELLE, JR
UNITED STATES ATTORNEY

_____
ROBERT S. JOHNSON
Assistant United States Attorney

**GPK**

USA-74-245
(Rev. 6-1-71)

**L-08-0688**

| LAREDO DIVISION | **CRIMINAL DOCKET** | NO. |

FILE: on-going
INDICTMENT       Filed: _____   Judge: _____

ATTORNEYS:
DONALD J. DeGABRIELLE, JR USA
ROBERT S. JOHNSON, AUSA

UNITED STATES OF AMERICA

VS.

ALLEN LONG

RICARDO JUAREZ

Private                                    Appt'd

**CHARGE:**  Ct. 1: Conspiracy to possess with intent to distribute a quantity
in excess of 100 kilograms of marihuana
**(TOTAL)**  [21 USC 846, 841(a)(1) & 841(b)(1)(B)]
**(COUNTS:)**
(1)

**PENALTY:**  5 to Life and/or $4 MILLION, $100 Spec Assessment for ea ct.
5 YRS TERM OF SUPERVISED RELEASE FOR EACH CT.

In Jail:                NAME & ADDRESS

On Bond:                  of Surety:

No Arrest:

**PROCEEDINGS:**

AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## Southern District of Texas

UNITED STATES OF AMERICA

V.

**Allen Long**

(Sealed)

**BENCH WARRANT**

Case Number: **5:08cr688-01**
**(GPK)**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____**Allen Long**_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

✔ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her    (brief description of offense)

*Count 1: Conspiracy to possess with intent to distribute a quantity in excess of 100 kgs of Marijuana.*

in violation of Title ___21___ United States Code, Section(s) ___846___

Hon. Michael N. Milby
Name of Issuing Officer

Debbie Flores, Deputy Clerk
Signature of Issuing Officer

U. S. District Clerk
Title of Issuing Officer

May 14, 2008 at Laredo, Texas
Date and Location

Bail fixed at $ **To be set at Initial Appearance**  by  **Diana Saldana, United States Magistrate Judge**
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

# MAGISTRATE JUDGE INFORMATION SHEET

**MAGISTRATE CASE NUMBER:** _____

1. Hearing Date _____  2. AUSA _____  3. Mag Judge _____
4. USAO # _____  5. Agency # _____
6. Defendant #: __01__ of __01__  7. Case Agent __DUSM DONNIE SILLAS__
8. Charges: __Consp. To Poss. w/ Intent Dist. Marijuana: Title 21 USC 846__
9. Defendant's Name: __LONG, ALLEN LATANE__  10. Social Security #: __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__
11. Alias: __BERRELL, KEVIN__  12. Birth Date: __08/04/1948__
13. Address: __4920 Hosp Way #117, Carlsbad, CA 92008__
14. Arrest Date: __08/15/2008__  15. Place of Arrest: __Tecate, POE__  16. Date Committed: __08/15/2008__
17. Agent(s): __STEVE CHACO / TODD LOVELESS__  18. Office Phone #: __619 557-6620__
19. Agency: __U.S. MARSHALS SERVICE__  20. Station: __S/CA, SAN DIEGO__
21. Custody:  X Yes   ☐ No
22. Citizenship:  X U.S.   ☐ Mex   ☐ Other
23. INS Status:  Res ☐   BCC ☐   Other ☐
24. Prior Deports: _____  25. IDENT Hits: __YES__
26. Prior Record: • 1 Arrest for Assault/Battery   7 Arrests for Narcotic Offenses with 2 Convictions
27. Drug Usage: _____  How Evidenced? _____
28. Cash on Defendant: __NONE__  29. Other Evidence: _____
30. Agent Fact Summary:

- SUBJECT WAS CONTACTED AT TECATE POE BY CBP AGENT DENHAM. REFERRED TO SECONDARY FOR FURTHER INSPECTION. NAME QUERY PROVIDED NCIC HIT CONFIRMATION. USMS CONTACTED. SUBJECT TRANSPORTED TO USMS S/CA FOR BOOKING AND PROCESSING.

31. Agent's info re: Defendant (Employment, Family, etc.)  __CEO, OWNER OF COMPANY__
32. Def Attorney:  Appointed ☐   Retained ☐
33. DEFENSE ATTORNEY: _____  PHONE NUMBER: _____
34. Next Date for:  PH Removal  Date _____ Time _____  Detention  Date _____ Time _____
35. Bond Set: _____
36. Material Witness Custodial Status:   Custody   Not in Custody
37. MATERIAL WITNESS ATTORNEY: _____  PHONE NUMBER: _____

Court's Orders/Motions _____  Government's Notes for Bail _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 3 2008

Michael N. Milby, Clerk
Laredo Division

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| V. | § | CRIMINAL NO. |
| | § | |
| ALLEN LONG | § | L-08-688 |
| RICARDO JUAREZ | § | |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

From on or about December 1, 2005, and continuing until on or about March 28, 2006, in the Southern District of Texas, and elsewhere within the jurisdiction of the Court, **Defendants,**

**ALLEN LONG and
RICARDO JUAREZ,**

did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors to possess with intent to distribute a controlled substance. This offense involved a quantity in excess of 100 kilograms of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(B).

A TRUE BILL:

_____
FOREMAN OF THE GRAND JURY

DONALD J. DeGABRIELLE, JR
UNITED STATES ATTORNEY

_____
ROBERT S. JOHNSON
Assistant United States Attorney

**GPK**

USA-74-24b
(Rev. 6-1-71)

| LAREDO DIVISION | CRIMINAL DOCKET | NO. L-08-0688 |

FILE: on-going
INDICTMENT _____ Filed: _____ Judge: _____

UNITED STATES OF AMERICA

ATTORNEYS: DONALD J. DeGABRIELLE, JR USA
ROBERT S. JOHNSON, AUSA

VS.

ALLEN LONG

RICARDO JUAREZ

Private                                           Appt'd

CHARGE: Ct. 1: Conspiracy to possess with intent to distribute a quantity in excess of 100 kilograms of marihuana
(TOTAL) [21 USC 846, 841(a)(1) & 841(b)(1)(B)]
(COUNTS:)
(1)

PENALTY: 5 to Life and/or $4 MILLION, $100 Spec Assessment for ea ct.
5 YRS TERM OF SUPERVISED RELEASE FOR EACH CT.

In Jail:                     NAME & ADDRESS
On Bond:                     of Surety:
No Arrest:

**PROCEEDINGS:**

AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## Southern District of Texas

| UNITED STATES OF AMERICA | (Sealed) |
|---|---|
| V. | **BENCH WARRANT** |
| **Allen Long** | Case Number: 5:08cr688-01 *(GPK)* |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____**Allen Long**_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

✔ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her   (brief description of offense)

*Count 1: Conspiracy to possess with intent to distribute a quantity in excess of 100 kgs of Marijuana.*

in violation of Title ___21___ United States Code, Section(s) ___846___

| Hon. Michael N. Milby | U. S. District Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | May 14, 2008 at Laredo, Texas |
| Debbie Flores, Deputy Clerk | Date and Location |
| Signature of Issuing Officer | |

Bail fixed at $ _To be set at Initial Appearance_   by   _Diana Saldana, United States Magistrate Judge_
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |