MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
**SEPTEMBER 2, 2008**

HON. **BARBARA L. MAJOR**                    DEPUTY CLERK: **M. BEHNING**

08MJ2554-BLM    USA    VS    ALLEN LONG(1/C/ENG) 17303018

                        1: BERNARD SKOMAL S/A FOR
                        KNUT JOHNSON
                        AUSA: DOMINIC KARDUM


REMOVAL/ID HEARING
==================================================================
BLM08:1019-1029


REMOVAL/ID HEARING HELD
DEFT WAIVES ID HEARING
WAIVER FILED
COURT FINDS DEFT IS PERSON CHARGED AND ORDERS DEFT REMOVED FORTHWITH TO
THE SOUTHERN DISTRICT OF TEXAS

WARRANT OF REMOVAL SUBMITTED

COURT ADVISES COUNSEL TO PLACE MATTER ON CALENDAR SHOULD DEFT REQUEST
THAT BOND BE POSTED